IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHE T. BELLMON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 11-CV-1966 |
| CITY OF PHILADELPHIA; | : |
| POLICE OFFICER DAVID RICHARDSON; | : |
| POLICE OFFICER CHRISTOPHER ROMMEL; | : |
| and LOUIS GIORLA, | : |
| Defendants. | : |

**ORDER**

AND NOW, this 10th day of September, 2012, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 10), the Plaintiff's Response (ECF No. 12), and the Defendants' Reply (ECF No. 16), it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part. The Motion is GRANTED as to all claims against the City of Philadelphia and Defendant Giorla. The Motion is GRANTED as to the Plaintiff's due process, equal protection, negligence, false arrest, false imprisonment, and malicious prosecution claims against Officers Richardson and Rommel. The Motion is GRANTED as to the assault and battery claim against Officer Rommel. The Motion is DENIED as to the Plaintiff's Fourth Amendment excessive force and assault and battery claims against Officer Richardson and as to the Plaintiff's Fourth Amendment excessive force claim against Officer Rommel.

BY THE COURT:


<u>s/J. Curtis Joyner</u>

J. CURTIS JOYNER, C.J.